THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN BARTELS, Appellant.

*People* v. *Bartels,* 110 App. Div. 922, appeal dismissed.
(Argued February 26, 1906; decided March 13, 1906.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 6, 1905, which affirmed an order of Special Term denying a motion for a change of venue.

The motion was made upon the ground that the appeal was unauthorized.

*Robert J. Burritt* for motion.

*William A. Cowie* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.